FILED

09/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0550



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0550

IRA HAYES HENDERSON

    Petitioner,

v.

TOM GREEN, WARDEN,
DAWSON COUNTY CORRECTIONAL
FACILITY,

    Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: September 16, 2024.

                                                      BOWEN GREENWOOD
                                                      Clerk of the Supreme Court